

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00220-CR

SHAHID KARRIEM ANSARI, III, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 27,739

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Shahid Karriem Ansari, III, appeals from his conviction of burglary of a habitation and the resulting sentence of seven years' imprisonment. The clerk's record in this matter was filed March 26, 2015, and the reporter's record was filed May 21, 2015, making Ansari's brief originally due June 22, 2015. This deadline was extended once by this Court on the motion of Ansari's appellate counsel, Jason A. Duff, resulting in the most recent due date of July 22, 2015. Duff has now filed a second motion seeking an additional extension of the briefing deadline.

We have reviewed the second motion to extend time as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file Ansari's appellate brief is overruled.

We order Duff to file Ansari's appellate brief with this Court on or before August 21, 2015.

IT IS SO ORDERED.

BY THE COURT

Date:   July 28, 2015